[No. 16110-9-II.    Division Two.    December 21, 1994.]

ROBBIE KLIMA, *Respondent*, v. ROBBIE KLIMA & ASSOCIATES, INC., ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 92-2-00143-4, John W. Schumacher, J.,

entered May 12, 1992. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, C.J., and Alexander, J.